# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD BELL

NO. 2026 KW 0096

**APRIL 20, 2026**

---

In Re:   Gerard Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 642254.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**STAY REQUEST DENIED.   WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C) (11), by failing to include documentation of a timely request for a return date, the return date, and any extensions to the return date. Relator failed to comply with the affidavit requirements of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A), and the page-numbering and binding requirements of Rule 4-5(B). Relator failed to comply with Rule 4-5(C)(3) by failing to include a statement of the case and the status of the case therein. Additionally, he also failed to comply with Rules 4-5(C)(6), (7), (8), (9) and (10) by failing to include copies of the judgment, order, or ruling complained of, the judge's reasons for judgment (if any), the pleadings on which the ruling was founded (including a copy of citation and/or the bill of information), the opposition (or a statement that no opposing written document was filed), and a copy of the pertinent court minutes for docket number 642254. Moreover, although it is not a violation of the Uniform Rules, we note that relator failed to include a copy of a transcript of the proceedings at issue and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). See also La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If relator elects to file a new writ application in compliance with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5, which includes proof that a timely return date was obtained and otherwise corrects the deficiencies noted herein, he may do so on or before June 22, 2026. The application should include the entire contents of this application, the missing items, and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT